**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JONATHAN LEE RICHES,**

    **Plaintiff,**

**vs.**                                               **CASE NO. 1:10CV19-MP/AK**

**ELIN NORDEGREN, et al,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff has again filed a motion for preliminary injunction against celebrities (in this instance, Tiger Woods and his wife) claiming that he faces imminent danger and bodily harm from them in a bizarre and disjointed and fanciful ramble that strains the credulity and patience of this Court. (Doc. 1). The "motion" is not filed on the proper form to initiate a lawsuit in this district, Plaintiff again provides no court costs nor has he filed a motion for *in forma pauperis*, although he clearly knows what is required of him when filing in federal court. Plaintiff is listed in www.wikipedia.org and the Guiness Book of World Records as the most litigious individual in the history of mankind. Plaintiff should not be allowed to build upon this reputation from lawsuits filed in this Court.

Plaintiff is already a "three-striker," and it has been recommended recently in Case No. 1:09cv108-MP/AK, a ridiculous lawsuit against Hulk Hogan and his family,

that the Bureau of Prisons be advised that Plaintiff continues to file numerous, baseless, and bizarre complaints in this district and to request that disciplinary action be taken against him. Additionally, it is recommended that the Clerk of Court refer all papers received from this individual to the undersigned for review (if the case is so assigned) prior to filing and if the papers are deemed frivolous, that they be returned to him without filing.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion, doc. 1, be **DENIED** and this lawsuit be **DISMISSED** as frivolous and because Plaintiff has three strikes and is an abusive filer. It is further recommended that all future papers received from this individual be referred to the undersigned for review prior to filing.

**IN CHAMBERS** at Gainesville, Florida, this __9th__ day of February, 2010.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 1:10cv19-MP/AK**