IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN LEE RICHES,

    Plaintiff,

v.                                         CASE NO. 1:10-cv-00019-MP-AK

ELIN NORDEGREN, TIGER WOODS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation, Doc. 3, regarding the Motion (Complaint) filed by Jonathan Lee Riches, Doc. 1. The Magistrate Judge has recommended that Plaintiff's Motion be denied and this lawsuit be dismissed as frivolous. Because Plaintiff has three strikes and is an abusive filer, it is further recommended that all future papers received from this individual be referred to the office of the Magistrate Judge for review prior to filing. No objections have been filed, and the time for doing so has passed. Finding no plain error, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 3, is ADOPTED and incorporated herein.

    2.    The complaint is dismissed as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2), and the Clerk of Court is directed to note on the docket that this cause was dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

3. All future papers received from Plaintiff shall be referred to the office of the Magistrate Judge for review before filing.

3. Pursuant to Rule 11(b), (c)(1) and (c)(3)[ Imposition of Sanctions], the Plaintiff must show cause , in writing, by April 16, 2010, why this complaint did not violate Fed. R. Civ. P. 11(b). Failure to show cause may result in imposition of financial and other sanctions necessary to deter repetition of comparable conduct in the future.

**DONE AND ORDERED** this __16th__ day of March, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge