IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN LEE RICHES,

    Plaintiff,

v.                                                    CASE NO. 1:10-cv-00019-MP-AK

ELIN NORDEGREN, TIGER WOODS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Response to Order to Show Cause by Jonathan Lee Riches, Doc. 6. Mr. Riches moves to withdraw the lawsuit voluntarily, claiming he never in fact filed it and is the victim of identity theft. His claims are unpersuasive. It is

**ORDERED AND ADJUDGED:**

1.    The request for voluntary dismissal in the Response, Doc. 6, is DENIED.

2.    The prior dismissal of this case as malicious and frivolous is affirmed.

**DONE AND ORDERED** this  *6th*  day of April, 2010

                                      *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge